YELLOW CAB COMPANY ET AL. *v.* GREATER
HARTFORD TRANSIT DISTRICT ET AL.
(10705)

NORCOTT, LANDAU and HEIMAN, Js.

Argued May 11—decision released June 2, 1992

*Julia Morris Paul,* with whom was *Robin Murdock-Meggers,* for the appellant (plaintiff).

*Glenn E. Brace,* with whom, on the brief, was *M. Katherine Bertini,* for the appellee (named defendant).

*Morton W. Appleton,* for the appellee (defendant Professional Wheelchair Transportation, Inc.).

PER CURIAM. The judgment is affirmed.